IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA HORN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  05-0989 |
| | : | |
| **MONTGOMERY COUNTY** | : | |
| **COMMUNITY COLLEGE,** | : | |
| **FOLLETT CORPORATION,** | : | |
| **FOLLETT HIGHER EDUCATION** | : | |
| **GROUP, INC. and DAYMOND** | : | |
| **DAVENPORT** | : | |

## ORDER

**AND NOW**, this 3rd day of October, 2005, it having been reported that the issues between the plaintiff and the defendants Follett Corporation and Follett Higher Education Group, Inc. in this action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs, pursuant to agreement of counsel, as to the defendants Follett Corporation and Follett Higher Education Group, Inc. **only**.

      __s/Timothy J. Savage____
      TIMOTHY J. SAVAGE, J.